# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−14437−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roxann Simpson
   35 Thompson Ave
   Mount Ephraim, NJ 08059

Social Security No.:
   xxx−xx−5796

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 16, 2019.

On October 14, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                November 20, 2019
Time:                 09:00 AM
Location:             4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 16, 2019
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14437-JNP
Roxann Simpson                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Oct 16, 2019
                               Form ID: 185             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db         +Roxann Simpson,   35 Thompson Ave,   Mount Ephraim, NJ 08059-2108
518510584  +CCMUA,   PO Box 1105,   Bellmawr, NJ 08099-5105
518064254  +Internal Revenue Service,   Attny General, Dept of Justice,   Ben Franklin Station,
             P.O. Box 683,   Washington, DC 20044-0683
518064255  +KML Law Group PC,   216 Haddon Avenue, Suite 406,   Westmont, NJ 08108-2812
518249781 ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
           (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Section,
             PO Box 245,   Trenton, NJ 08695-0245)
518064256  +Specialized Loan Servicing LLC,   8742 Lucent Blvd # 300,   Littleton, CO 80129-2386
518064258  +State of NJ Division of Taxation,   NJ Attorney General's Office-Law Div,
             Richard J. Hughes Justice Complex,   25 Market Street, P.O. Box 112,   Trenton, NJ 08625-0112
518219832  +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
518064252   E-mail/Text: cio.bncmail@irs.gov Oct 17 2019 00:20:33    Internal Revenue Service,
             Bankruptcy Dept,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518064253*  +Internal Revenue Service,   United States Attorney,   Peter Rodino Federal Building,
             970 Broad Street, Suite 700,   Newark, NJ 07102-2527
518064257* ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
           (address filed with court:  State of New Jersey,   Division of Taxation Bankruptcy Dept,
             50 Barrack Street, 9th FL,   P.O. Box 245,   Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kimberly A. Wilson    on behalf of Debtor Roxann  Simpson wilson.schroedinger@comcast.net,
           courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee,
           successor in interest to Bank of America Et Al... rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5