Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−14437−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Roxann Simpson
　35 Thompson Ave
　Mount Ephraim, NJ 08059

Social Security No.:
　xxx−xx−5796

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

　　The Court having noted that the debtor filed an Amendment to Schedule D on October 14, 2019 or to the List of Creditors on N/A , and for good cause shown, it is

　　ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

　　It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

　　1.　A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

　　2.　In a Chapter 11 case:

　　　a)　a copy of the last modified plan and disclosure statement, if any, and

　　　b)　a copy of any order approving the adequacy of the disclosure statement
　　　and/or the scheduling of the plan for confirmation.

　　3.　In a Chapter 12 or Chapter 13 case:

　　　a)　a copy of the Notice of Hearing on Confirmation of Plan, if any, and

　　　b)　a copy of the last modified plan that has been filed in the case.

　　It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

　　It is further ORDERED that the added creditors or parties have

　　1.　until the original deadline, if any, fixed by the court to file a complaint to object to
　　the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
　　whichever is later;

　　2.　until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,
　　or sixty 60 days from the date of this Order, whichever is later;

    3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: October 16, 2019
JAN: eag

                                        <u>Jerrold N. Poslusny Jr.</u>
                                        United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Roxann Simpson  
    Debtor

Case No. 19-14437-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 16, 2019  
                    Form ID: oresadoc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.  
db          +Roxann Simpson,    35 Thompson Ave,    Mount Ephraim, NJ 08059-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:  
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
               summarymail@standingtrustee.com  
             Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
             Kimberly A. Wilson    on behalf of Debtor Roxann  Simpson wilson.schroedinger@comcast.net,  
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com  
             Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,  
               successor in interest to Bank of America Et Al... rsolarz@kmllawgroup.com  
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 5